IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 FEB 20 PM 4: 14

SOUTHERN DIST.
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| SARAH ELIZABETH GOODMAN, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Couse No. |
| v. | ) ) ) |
| PNC BANK, N.A., | ) **1: 13 -cv- 0 2 9 0 SEB -DKL** |
| Defendant. | ) ) ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-5(a)(2)(C), the undersigned counsel, A. Chowning Poppler of SCHNEIDER WALLACE COTTRELL KONECKY LLP, respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Sarah Elizabeth Goodman, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states and federal jurisdictions:

    - State of California, admitted in 2010 (SBN 272870)

    - USDC Northern District of California, admitted in 2013

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I have never been suspended or disbarred, nor have I resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction.

4. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

5. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: February 20, 2013

Respectfully submitted,

A. Chowning Poppler
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
cpoppler@schneiderwallace.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on February 20, 2013 and served upon the following counsel of record and/or *pro se* parties:

PNC Bank, N.A.
c/o Any Agent Over the Age of 18
One PNC Plaza
Pittsburgh, PA 15265

A. Chowning Poppler
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
cpoppler@schneiderwallace.com