```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP034341
Cashier ID: mdagon
Transaction Date: 02/20/2013
Payer Name: SCHNEIDER WALLACE COTTRELL
------------------------------------------
PRO HAC VICE
 For: A. CHOWNING POPPLER
 Case/Party: D-INS-1-13-LB-000001-001
 Amount:        $30.00
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 13328
 Amt Tendered:  $30.00
------------------------------------------
Total Due:       $30.00
Total Tendered: $30.00
Change Amt:      $0.00

PHV FEE FOR A. CHOWNING POPPLER

1:13-cv-00290-SEB-DKL


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53.00 fee
will be charged for a returned
check."
```