## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **SARAH ELIZABETH GOODMAN,**<br>**individually and on behalf of all others**<br>**similarly situated,**<br><br>     **Plaintiff,**<br><br>  **v.**<br><br>**PNC BANK, N.A.,**<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Cause No.**

# 1: 1 3 -cv- 0 2 9 0 SEB -DKL

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of A. Chowning Poppler, counsel

for Plaintiff, Sarah Elizabeth Goodman, for leave to appear and participate *pro hac vice* in the

above-captioned cause only.  Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED.

Dated: _____

            _____

            [Name of Judge]
            United States District Court
            Southern District of Indiana

Copies to:

Carolyn H. Cottrell
A. Chowning Poppler
SCHNEIDER WALLACE COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Shanon J. Carson
Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

Attorneys for Plaintiff