IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 FEB 20  PM 4: 14

SOUTHERN D...
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| SARAH ELIZABETH GOODMAN, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Couse No. |
| v. | ) ) ) |
| PNC BANK, N.A., | ) 1:13-cv-0290 SEB -DKL |
| Defendant. | ) ) ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-5(a)(2)(C), the undersigned counsel, Carolyn H. Cottrell of SCHNEIDER WALLACE COTTRELL KONECKY LLP, respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Sarah Elizabeth Goodman, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states and federal jurisdictions:

   - State of California, admitted in 1993 (SBN 166977)

   - USDC Eastern District of California, admitted in 1994

   - USDC Northern District of California, admitted in 1994

   - USDC Southern District of California, admitted in 2008

   - USDC Central District of California, admitted in 2009

   - USDC District of Nebraska, admitted in 2009

   - United States Supreme Court, admitted in 2009

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I have never been suspended or disbarred, nor have I resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction.

4. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

5. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: February 20, 2013

Respectfully submitted,

*Carolyn H. Cottrell* (ACP)
Carolyn H. Cottrell
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on February 20, 2013 and served upon the following counsel of record and/or *pro se* parties:

PNC Bank, N.A.
c/o Any Agent Over the Age of 18
One PNC Plaza
Pittsburgh, PA 15265

*Carolyn H. Cottrell (ACP)*
Carolyn H. Cottrell
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com