```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP034342
Cashier ID: mdagon
Transaction Date: 02/20/2013
Payer Name: SCHNEIDER WALLACE COTTRELL
------------------------------------
PRO HAC VICE
 For: CAROLYN H. COTTRELL
 Case/Party: D-INS-1-13-LB-000001-001
 Amount:          $30.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 13329
 Amt Tendered:  $30.00
------------------------------------
Total Due:       $30.00
Total Tendered: $30.00
Change Amt:      $0.00

PHV FEE FOR CAROLYN H. COTTRELL

1:13-cv-00290-SEB-DKL


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53.00 fee
will be charged for a returned
check."
```