IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH ELIZABETH GOODMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Cause No.<br>)<br>)<br>)<br>)<br>)  **1:13-cv-0290 SEB-DKL**<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Carolyn H. Cottrell, counsel for Plaintiff, Sarah Elizabeth Goodman, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

    ORDERED that the motion be, and hereby is GRANTED.


Dated: _____

                                           _____
                                           [Name of Judge]
                                           United States District Court
                                           Southern District of Indiana

Copies to:

Carolyn H. Cottrell
A. Chowning Poppler
SCHNEIDER WALLACE COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Shanon J. Carson
Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4604

Attorneys for Plaintiff