UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH ELIZABETH GOODMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PNC BANK, N.A.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 1:13-cv-0290 SEB-DKL<br>)<br>)<br>)<br>)<br>) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. Local Rule 83.5(c), Defendant PNC BANK, N.A., respectfully move the Court for an order granting Sarah E. Bouchard leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants in the above-styled cause only, and in support of this motion states:

　　　1.　　Sarah E. Bouchard is a Partner with the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103; telephone: (215) 963-5000; fax: (215) 963-5001; email: sbouchard@morganlewis.com.

　　　2.　　Sarah E. Bouchard was admitted to the bars of the State of Pennsylvania (PA No. 77088 - December 18, 1995) and New Jersey (NJ No. 028071995 - November 3, 1997) and is a member in good standing of both bars. Ms. Bouchard is also admitted to practice before the following courts: the Eastern District of Pennsylvania, the District of New Jersey, the Western District of Michigan, the Third, Second, and Seventh Circuit Court of Appeals, the Middle District of Pennsylvania and the Unites States District Court for the Eastern District of Wisconsin.

-2-

3. Ms. Bouchard is not currently the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

4. Ms. Bouchard has agreed to abide by the Seventh Circuit Standards of Professional Conduct.

5. The undersigned presents a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, Defendants PNC Bank, N.A., respectfully request that the Court grant Sarah E. Bouchard leave to appear as counsel *pro hac vice* in this action on its behalf.

Dated: February 27, 2013					Respectfully submitted,

							By: /s/ Thomas F. Hurka

							Thomas F. Hurka (#21340-49)
							MORGAN, LEWIS & BOCKIUS LLP
							77 West Wacker Drive, Fifth Floor
							Chicago, Illinois  60601
							Telephone:  (312) 324-1000
							Fax:  (312) 324-1001
							E-mail:  thurka@morganlewis.com

							*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Thomas F. Hurka, an attorney, hereby certify that on February 27, 2013, I electronically filed a copy of the foregoing **Motion to Appear Pro Hac Vice** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Carolyn H. Cottrell
A. Chowning Poppler
Schneider Wallace Cottrell Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Tel: (415) 421-7100
Fax: (415) 421-7105
(ccottrell@schneiderwallace.com)
(cpoppler@schneiderwallace.com)


Shanon J. Carson
Sarah R. Schalman-Bergen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604
(scarson@bm.net)
(sschalman-bergen@bm.net)

                                       /s/ Thomas F. Hurka