UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH ELIZABETH GOODMAN, individually and on behalf of all others similarly situated, </br></br>          Plaintiffs, </br></br>     vs. </br></br> PNC BANK, N.A., </br></br>          Defendant. | Case No. 1:13-cv-0290 SEB-DKL |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S.D. Ind. Local Rule 83.5(c), Defendant PNC BANK, N.A., respectfully move the Court for an order granting John R. Richards leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants in the above-styled cause only, and in support of this motion states:

1. John R. Richards is a Associate with the law firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW | Washington, DC 20004; telephone: 202.739.3000; Fax: 202.739.3001; email: jrrichards@morganlewis.com

2. John R. Richards was admitted to the bar of the State of Illinois in 2006. Mr. Richards is a member in good standing with the Illinois bar. Mr. Richards is also admitted to practice before the District of Columbia and the Southern District of Ohio.

3. Mr. Richards is not currently the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

4. Mr. Richards has agreed to abide by the Seventh Circuit Standards of Professional Conduct.

-2-

5. The undersigned presents a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, Defendants PNC Bank, N.A., respectfully request that the Court grant John R. Richards leave to appear as counsel *pro hac vice* in this action on its behalf.

Dated: February 28, 2013                              Respectfully submitted,

By: /s/ Thomas F. Hurka

Thomas F. Hurka (#21340-49)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
E-mail: thurka@morganlewis.com


*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Thomas F. Hurka, an attorney, hereby certify that on February 28, 2013, I electronically filed a copy of the foregoing **Motion to Appear Pro Hac Vice** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Carolyn H. Cottrell
A. Chowning Poppler
Schneider Wallace Cottrell Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Tel: (415) 421-7100
Fax: (415) 421-7105
(ccottrell@schneiderwallace.com)
(cpoppler@schneiderwallace.com)


Shanon J. Carson
Sarah R. Schalman-Bergen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604
(scarson@bm.net)
(sschalman-bergen@bm.net)

/s/ Thomas F. Hurka