UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH ELIZABETH GOODMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-cv-0290 SEB-DKL<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING
MOTION TO APPEAR *PRO HAC VICE*

  This matter came before the Court on the Motion To Appear *Pro Hac Vice* filed by Defendant PNC BANK, N.A. Having considered the motion and being duly advised, the Court now hereby GRANTS the Motion.

  IT IS THEREFORE ORDERED that John R. Richards is granted leave to appear as counsel *pro hac vice* on behalf of Defendants in this action.

Date:_____    _____
                             JUDGE, UNITED STATES DISTRICT COURT,
                             SOUTHERN DISTRICT OF INDIANA

-2-

Distribution to:

Thomas F. Hurka (#21340-49)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois  60601
Telephone:  (312) 324-1000
Fax:  (312) 324-1001
E-mail:  thurka@morganlewis.com

John R. Richards (admitted *pro hac vice*)
Sarah E. Bouchard (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963-5000
Facsimile:  215.963-5001
jrrichards@morganlewis.com
sbouchard@morganlewis.com

*Attorneys for Defendant*


Carolyn H. Cottrell
A. Chowning Poppler
Schneider Wallace Cottrell Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Tel: (415) 421-7100
Fax: (415) 421-7105
(ccottrell@schneiderwallace.com)
(cpoppler@schneiderwallace.com)


Shanon J. Carson
Sarah R. Schalman-Bergen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604
(scarson@bm.net)
(sschalman-bergen@bm.net)

*Attorneys for Plaintiffs*

-2-